## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FATHER JESUS** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **Civil No. 1:22-cv-204-HSO-BWR** |
| § | | |
| **GRAY MEDIA GROUP, INC.,** § | | |
| *successor-by-merger to WLOX,* § | | |
| *LLC, f/k/a* **RAYCOM MEDIA, INC.** § | | **DEFENDANT** |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this lawsuit is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 18th of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1